### UNITED STATES v. SINCLAIR.

(Circuit Court of Appeals, Fifth Circuit. December 10, 1913.)

No. 2,504.

EXECUTION (§ 275*)—VALIDITY—NOTICE.

Under Rev. Civ. St. Tex. 1911, art. 3757, which requires a sale of land under execution order of sale or other process to be advertised for 20 days in a newspaper published in the county where the land is situated, the failure to so advertise the land renders the sale void.

[Ed. Note.—For other cases, see Execution, Cent. Dig. §§ 16, 148, 345, 791–796; Dec. Dig. § 275.*]

In Error to the District Court of the United States for the Eastern District of Texas; Gordon Russell, Judge.

Action at law by the United States against J. T. Sinclair. Judgment for defendant, and the United States brings error. Affirmed.

J. B. Dailey, Asst. U. S. Atty., of Paris, Tex.

---

*For other cases see same topic & § NUMBER in Dec. & Am. Digs. 1907 to date, & Rep'r Indexes

Before PARDEE and SHELBY, Circuit Judges, and CALL, District Judge.

PER CURIAM. In this case a jury was waived. The cause was tried by the court, which made a special finding of facts. The question raised in this writ is whether the facts as found warrant the judgment rendered.

We do not decide whether or not the homestead of Sinclair was exempt from distraint, the decision of that question being unnecessary, because we conclude that the fact that the sale was not advertised in a weekly newspaper published in the county for 20 days made the sale void.

The judgment of the District Court is affirmed.